# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tarrin Riddick, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>       Defendants. | Case No. 0:19-cv-01461-SRN-SER |

## STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL

The parties hereby stipulate and agree as follows:

1. This is one of several cases pending in this district where the plaintiffs allege, among other things, that they were injured as a result of using Combat Arms™ earplugs while serving in the U.S. military. Defendants deny Plaintiffs' allegations.

2. This District has stayed many of these cases pending a decision by the Judicial Panel on Multidistrict Litigation regarding whether to transfer the cases to an MDL. For example, in *Cerula*, 19-cv-433-JRT-KMM (Dkt. No. 21), the Court entered a text order that stated:

> IT IS HEREBY ORDERED that these proceedings are stayed in their entirety, over the objection of the plaintiff. This stay includes any obligation on the part of the defendants to Answer or otherwise respond to the Complaint as well as the obligation to respond to the pending Motion to Remand. In order to promote efficient and organized management of this litigation, this case will remain stayed until further order of the Court, following a decision by the Judicial Panel on Multidistrict Litigation regarding whether this case will be transferred to an MDL.

3. The JPML determined on April 3, 2019 that centralization is appropriate for these actions and consolidated all federal actions before Judge M. Casey Rodgers in the United States District Court, Northern District of Florida. *In re: 3M Combat Arms Earplug Prods. Liab. Litig.*, MDL No. 2885 (Dkt. No. 343). The parties expect that this matter will be transferred to the MDL shortly.

4. Based on the foregoing, the parties hereby stipulate and agree that further proceedings in this matter, including, without limitation, Defendants' responsive pleading to Plaintiffs' Complaint and Plaintiffs' potential motion to remand, be stayed pending transfer to the MDL.

Dated: June 12, 2019

| | |
|---|---|
| */s/ Aram V. Desteian* | */s/ Benjamin W. Hulse* |
| Lewis A. Remele, Jr. (#0090724) | Jerry W. Blackwell (#186867) |
| Aram V. Desteian (#0396021) | Benjamin W. Hulse (#390952) |
| Casey D. Marshall (#395512) | Monica L. Davies (#315023) |
| Brittany Bachman Skemp (#395227) | BLACKWELL BURKE P.A. |
| BASSFORD REMELE | Suite 2500 |
| A Professional Association | 431 South Seventh Street |
| 100 South 5th Street, Suite 1500 | Minneapolis, MN 55415 |
| Minneapolis, MN 55402 | Tel.: (612) 343-3200 |
| Tel.: (612) 333-3000 | blackwell@blackwellburke.com |
| lremele@bassford.com | bhulse@blackwellburke.com |
| adesteian@bassford.com | mdavies@blackwellburke.com |
| cmarshall@bassford.com | |
| bskemp@bassford.com | ***Attorneys for Defendant 3M Company*** |
| ***Attorneys for Plaintiffs Tarrin Riddick, et al.*** | */s/ Faris A. Rashid* |
| | Faris A. Rashid (#0391508) |
| | GREENE ESPEL PLLP |
| | 222 S. Ninth Street, Suite 2200 |
| | Minneapolis, MN  55402 |
| | Tel: (612) 373-0830 |
| | frashid@greeneespel.com |
| | |
| | ***Attorney for Defendant Aearo Technologies LLC*** |

3